# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF ROY JAMES
TROST, PETITIONER, FOR NAME
CHANGE.

No. 72599

ROY JAMES TROST,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.



FILED

OCT 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a petition for name change. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

On August 15, 2017, this court entered an order directing appellant, within 15 days, to file and serve a transcript request form or certificate of no transcript request in compliance with NRAP 9, the docketing statement, and an opening brief or informal brief for pro se parties. NRAP 9(b), NRAP 14, NRAP 28. We cautioned appellant that failure to comply timely with our order could result in the imposition of sanctions against appellant, including the dismissal of this appeal. *See* NRAP 31(d). Pursuant to our order, the documents were due to be filed by August 30, 2017. To date, appellant has failed to file the documents or

otherwise communicate with this court; accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Jim C. Shirley, District Judge
     Roy James Trost
     Attorney General/Carson City
     Attorney General/Las Vegas
     Pershing County Clerk